IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RALPH S. JANVEY, *et. al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:10-CV-02581-N |
| | § | |
| YOLANDA SUAREZ, | § | |
| | § | |
| Defendant. | § | |

### ORDER

After conducting a review of the pleadings, files, and records in this case and the Findings, Conclusions, and Recommendations of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings, Conclusions, and Recommendations of the Magistrate Judge are correct, and they are hereby accepted as the findings of the Court. Defendant Yolanda Suarez's motion to dismiss [13] is denied in part and granted in part.

Signed October 17, 2013.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE